NUMBER 13-03-704-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________

DOUGLAS TOLER,                                                            Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
_________________________________________________________

On appeal from the 28th District Court of Nueces County, Texas.
________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Opinion Per Curiam

         Appellant, DOUGLAS TOLER, perfected an appeal from a judgment entered by
the 28th District Court of Nueces County, Texas, in cause number 03-CR-3048-A. 
Appellant has filed a motion to withdraw notice of appeal. The motion complies with
Tex. R. App. P. 42.2(a).
         The Court, having considered the documents on file and appellant’s motion to
withdraw notice of appeal, is of the opinion that appellant's motion to withdraw notice
of appeal should be granted. Appellant's motion to withdraw notice of appeal is
granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).
Opinion delivered and filed this
the 6th day of May, 2004.